1  Charles Robinowitz
   OSB No. 691497
2  1211 SW Fifth Ave., Suite 2323
   Telephone:  503-226-1464
3  Facsimile:  503-226-6456
   Email:  chuck@crlawoffice.com
4
   Attorney for Plaintiff
5

6
                    IN THE UNITED STATES DISTRICT COURT
7                      FOR THE DISTRICT OF OREGON
                         PORTLAND DIVISION (3)
8
   STEVEN M. NELSON,                    )
9                                        )
                          Plaintiff,     )  Civil No. 19-1761
                                         )
10      v.                               )  COMPLAINT – CLAIM FOR RELIEF FOR
                                         )  PERSONAL INJURY AND PROPERTY
11 UNITED STATES OF AMERICA, by          )  DAMAGE UNDER SUITS IN ADMIRALTY
   and through the NATIONAL OCEANIC      )  and PUBLIC VESSELS ACTS
   and ATMOSPHERIC                       )
12 ADMINISTRATION                        )  Demand for Trial By Jury
                                         )
13                        Defendant.

14      For a claim for relief against defendant, plaintiff alleges

15                                       1.

16      At all relevant times, the United States by and through its agency the National Oceanic and

17 Atmospheric Administration owned, maintained and controlled the gangways to the vessel

18 OSCAR DYSON R-224 at the Port of Newport, Oregon.

19                                       2.

20      The plaintiff resides in Forest Grove, Oregon, and this court has jurisdiction of this case

21 under the Suits in Admiralty Act, 46 U.S.C. §§ 30901 and 30906 and the Public Vessels Act, 46

22 U.S.C. §§ 31101 and 31104.

23 ///

Page 1 – COMPLAINT

LAW OFFICE OF
CHARLES ROBINOWITZ
1211 S.W. FIFTH AVENUE, SUITE 2323
PORTLAND, OR  97204-3711
(503) 226-1464 FAX: (503) 226-6456
chuck@crlawoffice.com

3.

On or about November 2, 2017, the plaintiff was working as a heavy diesel mechanic for Peterson Machinery Company to repair diesel engines on the vessel OSCAR DYSON in Newport, Oregon.

4.

As plaintiff was leaving the vessel OSCAR DYSON on November 2, 2017, the welds on the gangway on which he was walking broke, the gangway collapsed and hit the dock about 13 feet below, and plaintiff injured his left shoulder and arm when he grabbed the handrail on the gangway as it collapsed.

5.

The defendant's negligence was a substantial factor in causing the plaintiff's injuries in one or more of the following ways:

(a) It negligently maintained the gangway which collapsed by failing to properly weld its joints;

(b) It negligently failed to inspect the welds which supported the gangway at reasonable intervals so that it would have known that they were defective; and

(c) It negligently provided the use of the gangway to the plaintiff when it knew or should have known it was not safe.

6.

As a result of defendant's negligence, plaintiff tore the labrum and biceps tendon in his left shoulder and displaced the ulnar nerve in his left elbow. The plaintiff has also suffered nerve, muscle and connective tissue injuries to his left arm and shoulder. These injuries are permanent, and plaintiff is entitled to non-economic damages for pain and suffering in excess of $750,000.

Page 2 – COMPLAINT

LAW OFFICE OF
CHARLES ROBINOWITZ
1211 S.W. FIFTH AVENUE, SUITE 2323
PORTLAND, OR 97204-3711
(503) 226-1464 FAX: (503) 226-6456
chuck@crlawoffice.com

7.

As a further result of defendant's negligence, plaintiff has incurred reasonable and necessary medical expense to date of about $35,000, and he will incur additional future medical expenses.

8.

Also, as a further result of defendant's negligence, plaintiff has incurred a loss of income to date of about $250,000, and will incur an additional loss of income in the future in excess of $2,500,000.

9.

Also, as a further result of defendant's negligence and his injuries, plaintiff was unable to repair one of the tractors he uses for growing hazelnuts, and incurred labor expenses of $3,647.20, and he also incurred costs of $25,000 for damages to hazelnut trees because he was unable to install an irrigation system to water the trees due to his injuries of November 2, 2017.

Wherefore, plaintiff prays that this court enter judgment against defendant in the sum of $2,813,647.20 in economic losses and in excess of $750,000 in non-economic losses, plus his costs and disbursements.

CHARLES ROBINOWITZ, OSB 691497
LAW OFFICE OF CHARLES ROBINOWITZ
Attorney for Plaintiff

Page 3 – COMPLAINT

LAW OFFICE OF
CHARLES ROBINOWITZ
1211 S.W. FIFTH AVENUE, SUITE 2323
PORTLAND, OR 97204-3711
(503) 226-1464 FAX: (503) 226-6456
chuck@crlawoffice.com

| | |
|---|---|
| 1 | **Demand for Trial by Jury** |
| 2 | To the extent the law allows it, the plaintiff requests a jury trial. |
| 3 | Dated: November 1, 2019 |

*[signature]*

CHARLES ROBINOWITZ, OSB 691497
LAW OFFICE OF CHARLES ROBINOWITZ
Attorney for Plaintiff

LAW OFFICE OF
**CHARLES ROBINOWITZ**
1211 S.W. FIFTH AVENUE, SUITE 2323
PORTLAND, OR 97204-3711
(503) 226-1464 FAX: (503) 226-6456
chuck@crlawoffice.com