BILLY J. WILLIAMS
United States Attorney
RENATA GOWIE
Assistant United States Attorney
Chief, Civil Division
1000 SW Third Ave., Suite 600
Portland, OR 97204
Telephone (503) 727-1000

JOSEPH H. HUNT
Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
ERIC KAUFMAN-COHEN
Assistant Attorney in Charge
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6647
Facsimile: (415) 436-6632
E-mail: eric.kaufman-cohen@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| STEVEN M. NELSON, | Case No.: 3:19-cv-01761-HZ |
| Plaintiff, | IN ADMIRALTY |
| vs. | |
| UNITED STATES OF AMERICA, by and through the NATIONAL OCEANIC and ATMOSPHERIC ADMINISTRATION, | THE UNITED STATES' ANSWER TO COMPLAINT |
| Defendant | |

The Answer of the United States of America to the Complaint of STEVEN M. NELSON admits, denies, and alleges on information and belief as follows:

1. The United States denies the allegations pled in ¶ 1 of the Complaint for lack of knowledge and information.

2. The United States of America admits and alleges that it is, and was at all times material to this action, a sovereign and that it has waived its sovereign immunity from suit and consents to be sued herein, if at all, only pursuant to the Public Vessels Act, 46 U.S.C. §§31101, *et seq.*, which incorporates consistent provisions of the Suits in Admiralty Act, 46 U.S.C. §§ 30901, *et seq*. The United States denies the remaining allegations pled in ¶ 2 of the Complaint for lack of knowledge and information.

3. The United States denies the allegations pled in ¶ 3 of the Complaint for lack of knowledge and information.

4. The United States denies the allegations pled in ¶ 4 of the Complaint for lack of knowledge and information.

5. The United States denies the allegations pled in ¶ 5 of the Complaint, including sub-paragraphs 5(a)-5(c).

6. The United States denies the allegations pled in ¶ 6 of the Complaint.

7. The United States denies the allegations pled in ¶ 7 of the Complaint.

8. The United States denies the allegations pled in ¶ 8 of the Complaint.

9. The United States denies the allegations pled in ¶ 9 of the Complaint.

//

//

//

## AS AND FOR A FIRST AFFIRMATIVE AND

## COMPLETE DEFENSE, THE UNITED STATES

## ALLEGES ON INFORMATION AND BELIEF AS FOLLOWS

10. Plaintiff's Complaint and action fail to state claims upon which relief can be granted.

## AS AND FOR A SECOND AFFIRMATIVE AND

## COMPLETE DEFENSE, THE UNITED STATES

## ALLEGES ON INFORMATION AND BELIEF AS FOLLOWS

11. If plaintiff sustained injuries and damages by reason of the matters alleged in the Complaint, which is denied, then said damages were caused in whole or in part by the acts of third parties and were not caused or contributed to in any manner by any actions or fault of the United States of America, its officers, agents, vessels, crew, servants, employees or others for whom it was responsible.

## AS AND FOR A THIRD AFFIRMATIVE AND

## COMPLETE DEFENSE, THE UNITED STATES

## ALLEGES ON INFORMATION AND BELIEF AS FOLLOWS

12. If plaintiff sustained damages by reason of the matters alleged in the Complaint, which is denied, then said damages were caused in whole or in part by STEVEN M. NELSON's own actions and were not caused in any manner by any actions or fault of the United States of America, its officers, agents, vessels, crew, servants, employees or others for whom it was responsible.

//

//

**AS AND FOR A FOURTH AFFIRMATIVE AND**

**COMPLETE DEFENSE, THE UNITED STATES**

**ALLEGES ON INFORMATION AND BELIEF AS FOLLOWS**

13.     The Court lacks subject matter jurisdiction over plaintiff's Complaint and action.

**AS AND FOR A FIFTH AFFIRMATIVE AND**

**COMPLETE DEFENSE, THE UNITED STATES**

**ALLEGES ON INFORMATION AND BELIEF AS FOLLOWS**

14.     The Court lacks subject matter jurisdiction over plaintiff's Complaint and action since said Complaint and action solely allege matters of discretionary functions and acts for which the United States of America has not waived sovereign immunity and consented to be sued.

**AS AND FOR A SIXTH AFFIRMATIVE AND**

**COMPLETE DEFENSE, THE UNITED STATES**

**ALLEGES ON INFORMATION AND BELIEF AS FOLLOWS**

15.     The Court lacks subject matter jurisdiction over plaintiff's Complaint and action since said Complaint and action solely allege matters which are subject to the Constitutional doctrine of separation of powers for which the United States of America has not waived sovereign immunity and consented to be sued.

**AS AND FOR A SEVENTH AFFIRMATIVE AND**

**COMPLETE DEFENSE, THE UNITED STATES**

**ALLEGES ON INFORMATION AND BELIEF AS FOLLOWS**

16.     Plaintiff failed to mitigate his damages, which claims of damages and claims of liability upon which they are based are fully denied by the United States.

//

### AS AND FOR AN EIGHTH AFFIRMATIVE AND

### COMPLETE DEFENSE, THE UNITED STATES

### ALLEGES ON INFORMATION AND BELIEF AS FOLLOWS

17.   To the extent plaintiff seeks interest on his claims, which claims are denied, plaintiffs' prayer for interest would be subject to the provisions of the Public Vessels Act, 46 U.S.C. § 31107, and not otherwise.

### AS AND FOR AN NINTH AFFIRMATIVE AND

### COMPLETE DEFENSE, THE UNITED STATES

### ALLEGES ON INFORMATION AND BELIEF AS FOLLOWS

18.   Any claims for attorney's fees are bared.

### AS AND FOR AN TENTH AFFIRMATIVE AND

### COMPLETE DEFENSE, THE UNITED STATES

### ALLEGES ON INFORMATION AND BELIEF AS FOLLOWS

19.   Plaintiff is not entitled to a jury trial pursuant to Suits in Admiralty Act, 46 U.S.C. § 30903(b).

WHEREFORE, the United States of America prays as follows:

1.   That plaintiff's Complaint and action be dismissed with prejudice and with costs;

2.   The United States of America expressly reserves the right to amend this Answer and Cross-claim to add parties and/or causes of action, as may be necessary.

//

//

//

Dated: February 20, 2020

BILLY J. WILLIAMS
United States Attorney
RENATA GOWIE
Assistant United States Attorney
Chief, Civil Division

JOSEPH H. HUNT
Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

s/ Eric Kaufman-Cohen
ERIC KAUFMAN-COHEN
Assistant Attorney in Charge
West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for Defendant
United States of America

CERTIFICATE OF SERVICE

I hereby certify that, on February 20, 2020, a true and correct copy of the foregoing THE UNITED STATES' ANSWER TO COMPLAINT was served electronically through CM/ECF on:

Charles Robinowitz
Law Offices of Charles Robinowitz

Attorneys for Plaintiff
Steven M. Nelson

                    /s/Eric Kaufman-Cohen
                    ERIC KAUFMAN-COHEN