RENATA GOWIE
Assistant United States Attorney
Chief, Civil Division
1000 SW Third Ave., Suite 600
Portland, OR 97204
Telephone (503) 727-1000

BRIAN M. BOYNTON
Acting Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
ERIC KAUFMAN-COHEN
Assistant Attorney in Charge
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6647
Facsimile: (415) 436-6632
E-mail: eric.kaufman-cohen@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| STEVEN M. NELSON, | Case No.: 3:19-cv-01761-HZ |
| Plaintiff, | IN ADMIRALTY |
| vs. | SUPPLMENTAL DECLARATION OF RITA KIRCHHOFER IN SUPPORT OF THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT |
| UNITED STATES OF AMERICA, by and through the NATIONAL OCEANIC and ATMOSPHERIC ADMINISTRATION, | |
| Defendant | Date: May 10, 2021<br>Time: 10 a.m.<br>Courtroom 15A<br>HON. MARCO A. HERNANDEZ |

I, Rita Kirchhofer, declare as follows:

1. I have reviewed the declarations of Steven Nelson and Daniel Van Domelen, and the photographs attached to the Nelson declaration. Based upon my education, training and experience, I have reached the following supplemental opinions.

2. I agree that the subject welds were located on the underside of the gangway, where the welded joint in the middle of the span was located.

3. I agree with the Mr. Domelen that the welds broke due to lack of penetration (LOP), of the fillet weld joining two sections of the gangway. Mr. Domelen also agrees with my opinion that LOP discontinuities are not inspectable by visual methods after fabrication, since the weld cap hides the root area of the weld (i.e. internal weld discontinuity).

4. Mr. Domelen's states "it is probable the fractures gradually expanded outward during the life of the gangway, and would have penetrated the weld caps well before the crew would have deployed the gangway on October 24, 2017." I agree that the internal weld discontinuity, i.e. LOP, that lead to the failure was the initiation site for fatigue crack growth that likely occurred from the cyclic loading from use of the gangway. However, I do not agree with Mr. Domelen's opinion that the crack would have penetrated the weld cap and therefore would have been visible prior to sudden rupture on November 2, 2017. There is no evidence that the fatigue crack had penetrated to the surface prior to the incident. That is, the critical crack size for fracture may not have required a surface breaking crack. Therefore, the crack would have remained hidden under the weld cap and it would not have been possible to visually detect. It is not possible to tell from the photographic record the extent of cracking prior to the incident, in this regard it appears Mr. Domelen and I are also in agreement.

5. Mr. Nelson and Mr. Domelen claim that cracks were visible in the weld between the right side of the hinge plate and the lower section of the gangway (see Nelson Declaration, Exhibit 7). However, the features in the photographs may or may not be cracks at the toe of the

SUPPLMENTAL DECLARATION
OF RITA KIRCHHOFER                - 2              Case No. 3:19-cv-0171-HZ

weld; the origins of such features are unknown and cannot be determined from the photographs available for review. It is mere speculation to claim that these are "cracks" and that these "cracks" were present prior to the sudden failure of the gangway. It is also speculative to assert that the features observed on those welds, if they are indeed cracks, represented the same type of cracking as that which caused the failure.

6. Periodic load testing of the gangway at five-year intervals may not have revealed the presence of the internal weld discontinuity/crack unless the crack had reached critical size to fail under the applied loading at the time of testing. Since there is agreement that it cannot be determined how long the crack had been growing and the extent of the cracking prior to the weld rupture, it is also speculative to say that load testing before the incident would have revealed the crack.

I verify under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated this 14 day of April, 2021

_____
Rita Kirchhofer

CERTIFICATE OF SERVICE

I hereby certify that, on April 15, 2021, a true and correct copy of the foregoing SUPPLMENTAL DECLARATION OF RITA KIRCHHOFER IN SUPPORT OF THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT was served electronically through CM/ECF on:

Charles Robinowitz
Law Offices of Charles Robinowitz

Attorneys for Plaintiff
Steven M. Nelson

        /s/Eric Kaufman-Cohen
        ERIC KAUFMAN-COHEN