Charles Robinowitz
Law Office of Charles Robinowitz
OSB No. 691497
1211 SW Fifth Ave., Suite 2323
Telephone: 503-226-1464
Facsimile: 503-226-6456
Email: chuck@crlawoffice.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION (3)

| | |
|---|---|
| STEVEN M. NELSON,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA, by and through the NATIONAL OCEANIC and ATMOSPHERIC ADMINISTRATION<br><br>    Defendant. | No. 3:19-cv-01761-HZ<br><br>**PLAINTIFF'S SURREPLY MEMORANDUM TO OBJECTION TO PLAINTIFF'S DECLARATION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

  Defendant claims that the plaintiff's statement in his declaration of April 1, 2021 that the gangway failed because the upper section of the gangway detached from the hinge plate, and he saw multiple cracks in one of the welds on the hinge plate that did not fail is not admissible evidence. The plaintiff also stated the same weld on the other side of the hinge plate had no cracks.

  The defendant's objection has no merit. Mr. Nelson is testifying to what he saw the day after the gangway collapsed and it was sitting on the dock in broad daylight. When it collapsed at about 6:30 P.M. on November 2, 2017 the night before, it was already dark.

Page 1 – PLAINTIFF'S SURREPLY MEMORANDUM TO OBJECTION TO PLAINTIFF'S DECLARATION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

LAW OFFICE OF
CHARLES ROBINOWITZ
1211 S.W. FIFTH AVENUE, SUITE 2323
PORTLAND, OR 97204-3711
(503) 226-1464 FAX: (503) 226-6456
chuck@crlawoffice.com

1    It does not require welding expertise to determine the hinge plate that
2    connected the two sections of the gangway had failed on both sides. It had pulled
3    away from the upper section of the gangway.   This is an agreed fact.   Anyone
4    looking at the upper section of the gangway can see that. This is in exhibit 3 to the
5    plaintiff's declaration.
6    Also, it does not require an expert to say that one of the welds on the hinge
7    plate that did not fail had cracks in it.   Mr. Nelson personally saw the cracks.
8    The government mistakenly stated that Mr. Nelson relied solely on the
9    photographs he took for his opinions. Mr. Nelson relied on what he personally
10   witnessed when he looked at the broken gangway the next day.   He is not relying
11   on photographs someone else took.   His photographs prove what he saw.
12   There should be no question that Mr. Nelson may testify to what he
13   personally saw.
14   The court should deny defendant's objection to Mr. Nelson's declaration.
15   Dated: April 22, 2021.

Respectfully Submitted,

/s/ *Charles Robinowitz*
CHARLES ROBINOWITZ, OSB #691497
Attorney for Plaintiff

Page 2 – PLAINTIFF'S SURREPLY MEMORANDUM TO OBJECTION TO PLAINTIFF'S DECLARATION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

LAW OFFICE OF
CHARLES ROBINOWITZ
1211 S.W. FIFTH AVENUE, SUITE 2323
PORTLAND, OR  97204-3711
(503) 226-1464 FAX: (503) 226-6456
chuck@crlawoffice.com

CERTIFICATE OF SERVICE

I hereby certify that, on April 22, 2021 a true and correct copy of the foregoing **PLAINTIFF'S SURREPLY MEMORANDUM TO OBJECTION TO PLAINTIFF'S DECLARATION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** was served by email on the following:

ERIC KAUFMAN-COHEN
Assistant Attorney in Charge
West Coast Office
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 94102-3463
Telephone: (415) 436-6630/Facsimile: (415) 436-6632
E-mail: eric.kaufman-cohen@usdoj.gov
Attorney for Defendant

                                          /s/ *Charles Robinowitz*
                                          CHARLES ROBINOWITZ, OSB #691497
                                          Attorney for Plaintiff

Page 1- CERTIFICATE OF SERVICE