IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

STEVEN M. NELSON,

        Plaintiff,

v.

UNITED STATES OF AMERICA, by and through the NATIONAL OCEANIC and ATMOSPHERIC ADMINISTRATION

        Defendant.

No. 3:19-cv-01761-HZ

**JUDGMENT**

    Pursuant to the Court's Findings of Facts and Conclusions of Law, Judgment is entered against Plaintiff and in favor of the Defendant, United States of America.

Dated:  February 16, 2022

_____
MARCO A. HERNÁNDEZ
United States District Judge

JUDGMENT–1